PARSONS BEHLE & LATIMER
Rew R. Goodenow, NV Bar No. 3722
Ashley C. Nikkel, NV Bar No. 12838
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone:  775.323.1601
Facsimile:  775.348.7250
RGoodenow@parsonsbehle.com
ANikkel@parsonsbehle.com

*Attorneys for Petitioner*
*Golden Phoenix Minerals, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN PHOENIX MINERALS, INC.,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>PINNACLE MINERALS CORPORATION,<br><br>　　　　　Respondent. | Case No.  3:15-cv-00521-RCJ-WGC |

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Petitioner, GOLDEN PHOENIX MINERALS, INC., by and through its counsel of record, Parsons Behle & Latimer, and Respondent PINNACLE MINERALS CORPORATION, by and through its counsel of record, Xander Law Group, P.A., that the above-entitled matter be voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice, and with each party to bear their own costs of suit and attorney fees.

　　　DATED:  August 19, 2016.　　　　　PARSONS BEHLE & LATIMER

　　　　　　　　　　　　　　　　　　　　 /s/  Ashley C. Nikkel
　　　　　　　　　　　　　　　　　　　Rew R. Goodenow, NV Bar No. 3722
　　　　　　　　　　　　　　　　　　　Ashley C. Nikkel, NV Bar No. 12838
　　　　　　　　　　　　　　　　　　　50 W. Liberty Street, Suite 750
　　　　　　　　　　　　　　　　　　　Reno, Nevada 89501
　　　　　　　　　　　　　　　　　　　Telephone:  (775) 323-1601
　　　　　　　　　　　　　　　　　　　*Attorneys for Petitioner Golden Phoenix Minerals*

PARSONS
BEHLE &
LATIMER

4837-7732-4599 v1

DATED: August 19, 2016.    XANDER LAW GROUP, P.A.


 /s/ Jason H. Weber
Jason H. Weber, Esq. (Pro Hac Vice)
One N.E. 2nd Avenue, Suite 200
Miami, Florida 33132
jason@xanderlaw.com

Andrew R. Muehlbauer, NV Bar No. 10161
MUEHLBAUER LAW OFFICE, LTD.
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
andrew@mlolegal.com

*Attorneys for Respondent*
*Pinnacle Minerals Corporation*


IT IS SO ORDERED this 23rd day of August, 2016.


_____
ROBERT C. JONES